

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00362-CV

| | | |
|---|---|---|
| PRESTONWOOD ESTATES WEST HOMEOWNERS ASSOCIATION, BRUCE W. HAMMOND, CATHERINE D. HAMMOND, RACHEL AUBREY BROWN, LOWELL T. JAMES, L. FRANK DEVLIN, MARILYN DEVLIN, JIM ANAGNOSTIS, DAWN ANAGNOSTIS, JEFFREY DANIEL MORRIS, ANGELA ODELL MORRIS, DONALD RORSCHACH, JILL RORSCHACH, JON. P. JACKSON, CHAN KANG, SUNG KANG, ALBERTO E. VAZQUEZ, MARTHA WHELAN, MARY ANN LEVINE, GARY E. DAVIDSON, MARTHA DAVIDSON, JOHN MICHAEL O'SHEA, ROBERT BLAKE, MICHELLE LINDSAY, STEPHEN DEDWYLDER, SIMONE IKONOMIDES, JAMES L. EDDINS, DOLLYE D. EDDINS, ARTHUR HALLFORD, SHEILA HALLFORD, PAUL D. MORRIS, JR., BRENDA MORRIS, KATHERINE ELLIS, WAYNE KAY GUESSFORD, DECEASED AND/OR THE ESTATE OF WAYNE KAY GUESSFORD, JOHNNY L. STONE, CHRISTY R. STONE, JAMES C. HARRIS, JENNA B. TYLER, | § On Appeal from the 153rd District Court<br><br>§ of Tarrant County (153-319238-20)<br><br>§ August 4, 2022 | |

GARY L. UPTON, MARTHA J. UPTON,
JAMES D. BRACE, DAWN BRACE,          §    Memorandum Opinion by Justice Kerr
SANDEEP GUTTIKONDA, COURTNEY J.
GUTTIKONDA, PATRICIA WEST,
STEPHEN PETERSON, HEATHER
PETERSON, BRETT WARMUS, AND
ERIN WARMUS, Appellants

V.

CITY OF ARLINGTON, TEXAS, Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order is affirmed in part and reversed and remanded in part. We reverse the trial court's order granting Appellee City of Arlington, Texas's plea to the jurisdiction on the inverse-condemnation claim brought by Appellants (as listed in the above case style), and we remand the case to the trial court for further proceedings. We affirm the rest of the trial court's order granting the plea of the jurisdiction.

It is further ordered that Appellee City of Arlington, Texas must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr